NUMBER
13-10-00290-CV

 

                                 COURT
OF APPEALS

 

                     THIRTEENTH
DISTRICT OF TEXAS

 

                         CORPUS
CHRISTI - EDINBURG


____________________________________________________________

 

IN THE INTEREST OF
J.N.L., A MINOR CHILD

____________________________________________________________

 

                      On
Appeal from the County Court at Law No. 2

                                        of
Hidalgo County, Texas.

____________________________________________________________

 

                               MEMORANDUM
OPINION

 

                Before
Chief Justice Valdez and Justices Yañez and Garza

Memorandum Opinion
Per Curiam

 








Appellant,
Cynthia L. Salazar, perfected an appeal from a judgment entered by the County Court
at Law No. 2 of Hidalgo County, Texas, in cause number CC-502-96-2.  Appellant
has filed a motion to dismiss the appeal and requests that this Court dismiss
the appeal.

The
Court, having considered the documents on file and appellant=s motion to dismiss the appeal, is of the opinion that
the motion should be granted.  See Tex.
R. App. P. 42.1(a).  Appellant=s motion to dismiss is granted, and
the appeal is hereby DISMISSED.  Costs will be taxed against appellant. See
Tex. R. App. P. 42.1(d)
("Absent agreement of the parties, the court will tax costs against the
appellant.").  Having dismissed the appeal at appellant=s request, no motion for rehearing will be entertained,
and our mandate will issue forthwith.

 

PER
CURIAM

Delivered and filed the

29th day of July, 2010.